IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00100-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL MAESTAS**,

    Defendant.

_____

**UNOPPOSED MOTION FOR EVALUATION OF COMPETENCY UNDER 4241(b) AND TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARINGS**
_____

Mr. Maestas, through counsel, Assistant Federal Public Defender Brian R. Leedy, moves this Court to order a competency evaluation be performed of Mr. Maestas under 18 U.S.C. § 4241(b) in anticipation of a hearing to determine competency under § 4241(a).

Recent information suggests Mr. Maestas is suffering from a mental disease or defect rendering him mentally incompetent; incompetent to the extent he is unable to understand the nature and consequences of the proceedings or to properly assist counsel in his defense.

The matter is set for a change of plea hearing on August 6, 2014, at 2:00 p.m, and a sentencing hearing on October 29, 2014, at 9:00 a.m.  Doc. 26.  Because of this motion, counsel asks that those hearings be continued.

Undersigned counsel has contacted counsel for the government, who does not oppose this request.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Brian_Leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION FOR EVALUATION OF COMPETENCY UNDER 4241(b) AND TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARINGS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    David A. Tonini
    Assistant U.S. Attorney
    Email:  david.tonini@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Michael Maestas  (U.S. Mail)

    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Brian_Leedy@fd.org
    Attorney for Defendant